# E-filing

**JS 44** (Rev. 12/07) (cand rev 1-16-08)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

### I. (a) PLAINTIFFS

Napa Valley Vintners Association, a California corporation

### DEFENDANTS

Jim Lufty and Fine Wine Source, Incorporated, a Michigan corporation

**(b)** County of Residence of First Listed Plaintiff  Napa County, California
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant      Wayne County, Michigan
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

David Balter (SBN 212027) and John N. Heffner (SBN 221557)
Dickenson, Peatman & Fogarty
809 Coombs St.
Napa, California 94559  Tel: (707) 252.7122

Attorneys (If Known)

Unknown.

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)      and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☒ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 790 Other Labor Litigation | | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | or Defendant) | ☐ 900 Appeal of Fee |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party | Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities – | ☐ 540 Mandamus & Other | **IMMIGRATION** | 26 USC 7609 | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | to Justice |
| | ☐ 446 Amer. w/Disabilities – | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – | | ☐ 950 Constitutionality of |
| | Other | | Alien Detainee | | State Statutes |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration Actions | | |

### V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 another district (specify)      Transferred from
- ☐ 6 Multidistrict Litigation
- ☐ 7 Judge from Magistrate Judgment      Appeal to District

### VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332

Brief description of cause
Breach of contract; account stated; common counts

### VII. REQUESTED IN COMPLAINT:

- ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- **DEMAND $** 76,191.15+
- CHECK YES only if demanded in complaint:
- **JURY DEMAND:** ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE". None.

### IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

- ☒ SAN FRANCISCO/OAKLAND
- ☐ SAN JOSE

DATE
May 20, 2008

SIGNATURE OF ATTORNEY OF RECORD

1  David Balter, State Bar No. 212027
   John N. Heffner, State Bar No. 221557
2  jheffner@dpf-law.com
   DICKENSON, PEATMAN & FOGARTY
3  A Professional Corporation
   809 Coombs Street
4  Napa, California 94559
   Telephone: (707) 252-7122
5  Facsimile: (707) 255-6876

6  Attorneys for Plaintiff
7  NAPA VALLEY VINTNERS ASSOCIATION

E-filing

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  NAPA VALLEY VINTNERS              CASE NO.
    ASSOCIATION, a California corporation,
12                                    COMPLAINT FOR DAMAGES; JURY
              Plaintiff,              DEMAND
13
              vs.
14
    JIM LUFTY, an individual, FINE WINE
15  SOURCE, INCORPORATED, a Michigan
    corporation and DOES 1-100, inclusive,
16
              Defendant.
17

18

19        Plaintiff Napa Valley Vintners Association, a California corporation ("Vintners"), alleges

20  as follows:

21                              **PARTIES**

22        1.     Plaintiff Napa Valley Vintners Association is, and at all times relevant herein was,

23  a corporation organized and existing under the laws of California, with its principal place of

24  business in Saint Helena, California.

25        2.     On information and belief, Defendant Jim Lufty is, and at all times relevant herein

26  was, an individual resident of Michigan.

27        3.     On information and belief, Defendant Fine Wine Source, Incorporated ("Fine

28  Wine") is, and at all times relevant herein was, a corporation organized and existing under the

    COMPLAINT FOR DAMAGES

05/21/2008  10:54  FAX  703 255 8876       Dickenson Peatman & Fogarty              ☑008/027

1    laws of Michigan with its principal place of business in Livonia, Michigan.

2        4.    The true names and capacities of defendants Does 1 through 100, inclusive, are

3    unknown to Vintners, who therefore sues said defendants by such fictitious names pursuant to

4    California Code of Civil Procedure § 474.  Vintners will seek leave of court to amend this

5    complaint when Vintners ascertains the true names and capacities of any of the Does 1 through

6    100. Upon further information and belief, none of the fictitious defendants are residents of

7    California.

8        5.    Vintners is informed and believes and thereon alleges that at all times mentioned

9    herein, each and every defendant herein was the agent, servant, employee, partner, co-conspirator,

10   and/or joint venturer of the other defendants herein; that at all said times, each of said defendants

11   was acting within the course and scope of said agency, service, employment, partnership,

12   conspiracy, and joint venture.

13                                      **JURISDICTION**

14       6.    The jurisdiction of this Court over the subject matter of this action is predicated on

15   28 U.S.C. § 1332.  The amount in controversy exceeds $75,000.00, exclusive of interest and

16   costs, and this civil action is between citizens of different states.

17                                        **VENUE**

18       7.    Venue is proper in the Northern District of California under 28 U.S.C. § 1391 in

19   that a substantial part of the events or omissions which give rise to the claims herein occurred in

20   Napa County, California which is within the Northern District of California.

21                              **INTRADISTRICT ASSIGNMENT**

22       8.    This case is properly assigned to the San Francisco Division or the Oakland

23   Division of the Northern District of California pursuant to Civil Local Rule 3-2(c) and 3-2(d).

24   Because a substantial part of the events or omissions which give rise to the claims herein occurred

25   in Napa County, California.

26                                **GENERAL ALLEGATIONS**

27       9.    On February 24, 2007, Vintners held its annual mid-Winter barrel auction in Napa

28   County, California (the "Auction").

1    10.    On February 24, 2007, Jim Lufty signed an agreement with Vintners in Napa

2    County, California whereby Mr. Lufty agreed to participate in the Auction (the "Bidding

3    Agreement"). Attached hereto as Exhibit "A" and incorporated herein by reference is a true and

4    correct copy of the Bidding Agreement.

5    11.    Pursuant to that Bidding Agreement, Jim Lufty placed the winning bid at the

6    Auction (the "Winning Bid") on six lots of wine totaling $63,000.00 (the "Wine Lots"). An

7    invoice dated February 24, 2007 identifies each of the six lots that comprise the Wine Lots (the

8    "Wine Invoice"). Attached hereto as Exhibit "B" and incorporated herein by reference is a true

9    and correct copy of the Wine Invoice.

10    12.    Jim Lufty signed the Wine Invoice on February 24, 2007 in Napa County,

11    California.

12    13.    Vintners has received none of the money owed by Jim Lufty under the Bidding

13    Agreement, the Winning Bid, and the Wine Invoice. Consequently, pursuant to the Bidding

14    Agreement, Vintners has not delivered the Wine Lots to Jim Lufty.

15    14.    As of May 31, 2008, Jim Lufty will owe Vintners $76,191.15 under the Bidding

16    Agreement, the Winning Bid, and Wine Invoice. A statement dated May 31, 2008 (the "Current

17    Invoice") details the amounts owed by Jim Lufty. Attached hereto as Exhibit "C" and

18    incorporated herein by reference is a true and correct copy of the Current Invoice.

19    15.    On March 12, 2008, Vintners' attorneys sent Jim Lufty a demand letter requesting

20    that Jim Lufty pay Vintners all amounts owed to Vintners. Attached hereto as Exhibit "D" and

21    incorporated herein by reference is a true and correct copy of the March 12, 2008 letter.

22    16.    The Wine Lots were donated to Vintners.

23    17.    There are no other buyers willing to purchase the Wine Lots.

24    18.    On information and belief, Jim Lufty owns and operates Fine Wine, a retail outlet

25    that sells wine in Livonia, Michigan.

26                        **FIRST CAUSE OF ACTION**

27                        **(Breach of Contract)**

28    19.    Vintners repeats and re-alleges each and every allegation in paragraphs 1 through

COMPLAINT FOR DAMAGES                    3

1  18 as though fully set forth herein.

2  20.  The Bidding Agreement, the Winning Bid, and Wine Invoice (collectively, the

3  "Contract") constitute a legal contract between defendants and Vintners.

4  21.  By failing to pay all amounts owed under the Contract, defendants are in breach of

5  the Contract.

6  22.  Vintners has performed all conditions, covenants, and promises required to be

7  performed in accordance with the Contract.

8  23.  As a result of defendant's breach of the Contract, Vintners has been damaged in an

9  amount exceeding $75,000.00.

10  **SECOND CAUSE OF ACTION**

11  **(Account Stated)**

12  24.  Vintners repeats and re-alleges each and every allegation in paragraphs 1 through

13  23 as though fully set forth herein.

14  25.  By signing the Bidding Agreement and subsequently bidding on the Wine Lots,

15  defendants entered into a financial transaction with Vintners.

16  26.  The Wine Statement is an account of the debits and credits involved in defendants'

17  transaction with Vintners as of February 24, 2007.

18  27.  The Current Invoice is an account of all amounts owed to Vintners by defendants

19  as of May 31, 2008.

20  28.  As of May 31, 2008, defendants owe $76,191.15 on their account with Vintners.

21  **THIRD CAUSE OF ACTION**

22  **(Common Counts)**

23  29.  Vintners repeats and re-alleges each and every allegation in paragraphs 1 through

24  28 as though fully set forth herein.

25  30.  Pursuant to the Bidding Agreement. the Winning Bid, and Wine Invoice,

26  defendants currently owe Vintners in excess of $75,000.

27  31.  Defendants have not paid any of his outstanding debt to Vintners, despite demand

28  by Vintners.

COMPLAINT FOR DAMAGES  4

05/21/2008  10:54 FAX  707 ... DickensonPeatman&Fogarty ...  ☑ 011/027

**JURY DEMAND**

32.    Vintners demands trial by jury.  F.R.C.P. 38(b); Civil Local Rule 3-6.

**PRAYER**

WHEREFORE, Vintners prays for entry of judgment in her favor as follows:

A.    For damages in an amount according to proof;

B.    That Vintners be awarded its costs incurred herein;

C.    That Vintners be awarded attorneys' fees to the extent permitted by contract or statute; and

D.    For such other and further relief as the Court may deem just and proper.

Dated: May 20, 2008.

DICKENSON, PEATMAN & FOGARTY

By _____ */s/ John N. Heffner*_____
John N. Heffner, Attorneys for Plaintiff

# EXHIBIT "A"

# PREMIERE NAPA VALLEY 2007

Company name: Fine Wine Source
Address: 16721 Middlebelt, Livonia, MI 48154
Phone: 734-425-8610          Fax: 734-425-1087

## TERMS AND CONDITIONS OF SALE

1  Only licensed members of the trade and their guests, each of whom must be registered in advance, will be allowed admission to the Auction. All bidders must be licensed members of the wine trade who have registered as a bidder and received a numbered paddle

2  The Auctioneer is the agent for the Napa Valley Vintners (NVV).

3  These Terms and Conditions of Sale as amended by addendum or by oral announcements during the sale constitute the entire terms and conditions with respect to the sale and purchase of the wines listed herein. By bidding, the bidder agrees to be bound by these Terms and Conditions of Sale. NVV reserves the right to amend the Terms and Conditions of Sale at any time

4  All statements of any nature, whether written or oral by NVV or producing winery about any aspect of the auctioned wines are merely statements of opinion by the NVV or producing winery and do not in any way constitute a warranty or representation either express or implied concerning the quality of the wine or any other aspect of the wine. Such statements are not to be relied upon by prospective purchasers as warranties or representations of fact and prospective bidders, by so bidding, acknowledge that they have inspected the wines to their satisfaction and bid only on the basis of their own inspection evaluation and opinion of the wine being sold. All wine is sold "AS IS" and with out any warranty whatsoever, whether express or implied including, but not limited to, warranties of merchantability or fitness for a particular or intended purpose by the purchaser

5  Wines offered in this Auction do not include the barrel and will be bottled in specially labeled bottles. Each lot description includes a statement as to whether the wine is available in 750ml only or if the bidder has the option of having the wine bottled entirely in 750ml or entirely in 1.5L formats. If the bidder wishes to have the wine bottled in 1.5L format, he or she must check the "Please bottle in 1.5L" checkbox on the invoice at the finance table after the Live Auction on February 25. Otherwise, the lot will be bottled in 750ml bottles. The barrel lots consisting of a full barrel (20 cases), half-barrel (10 cases) or quarter-barrel (5 cases) per lot, will be sold as described in the catalogue. The highest bidder of record for each lot when the product is closed will be recorded as the purchaser of the lot. The producing winery retains sole discretion as to when the wine will be bottled and NVV retains sole discretion to release the wine for delivery to the purchaser. The purchaser has the right to take possession of the wine only when the producing winery has notified the purchaser that bottling and labeling has occurred and only after purchaser has paid in full. Purchaser has no right to inspect the wine pending such notification. All successful bid prices will be considered to be FOB Napa Valley, California. The right to take possession shall not be assigned or otherwise transferred without first obtaining the written permission of NVV

6  All wines sold herein are subject to the provisions of the California Alcoholic Beverage Control Act and Federal Alcohol Administration Act, and are offered and sold subject to the provisions of those laws. Any offer or sale shall be governed by and interpreted under the laws of the State of California

7  Bids will be made on the purchase price for the total lot.

8  The starting bid for each lot has been established at $500 per lot.

9  NVV and the Auctioneer shall have the right to reject any bid, at any time prior to the fall of the hammer. Bids will be accepted only from registered bidders. This includes commission and telephone bids. Should a dispute arise between bidders, or should the Auctioneer doubt the validity of any bid, the Auctioneer shall have the sole and absolute right to resolve the dispute, re-offer, re-sell or withdraw the lot in question

10  No bid shall be valid unless acknowledged by the Auctioneer. At the fall of the hammer, the highest acknowledged bidder shall be deemed to have purchased the lot and thereupon assumes full risk and responsibility thereof. Purchaser shall pay the full purchase price no later than March 31, 2007 and in the absence of payment, NVV shall have the absolute right to withhold release and delivery of the wine to purchaser until purchaser has paid in full. In the event purchaser has paid in full, purchaser's sole remedy for non-delivery of the wine shall be limited to obtaining a refund of the purchase price

11  Bidding in person at the Auction will be by numbered paddle issued to registered bidders only. To register please contact the NVV at (707) 963 3388 or visit our Web site at www.napavintners.com

12  No representative or employee of NVV shall have the right to waive or modify any of the terms/conditions set forth herein, except that the NVV's authorized representative may do so by general announcement at the Auction

## PAYMENT AND COLLECTION

Payment for all purchases must be made in United States Dollars by check, MasterCard, Visa or American Express upon receipt of invoice. California sales tax will be added unless the bidder presents a valid California resale permit to NVV or states his or her intention to arrange for interstate shipment of the wines. If for any reason out-of-state shipments cannot be arranged to the satisfaction of NVV and the producing winery, California sales tax will be assessed prior to delivery in California. Payments will be accepted the day of the sale. Invoices not paid in full by March 31, 2007 will accrue a finance charge of 1.5% per month (18% per annum) on any unpaid balances until paid in full. Purchaser agrees to pay all reasonable attorney's fees and costs of collection associated with the collection of past due amounts. No lot will be released without proof of payment in full.

## DELIVERY

All lots are sold FOB Napa Valley, California, by the NVV. Wines will be bottled in specially labeled bottles—please see the lot descriptions to see which wines are available only in 750ml or if the bidder has the option of having the wine bottled in all 1.5L or all 750ml. The wines will be delivered to purchaser or purchaser's designated agent in California. Purchaser agrees to take delivery of the wines within sixty (60) days of notification provided payment for the lot has been received in full by the NVV as required by these terms and conditions. Shipping expenses and insurance are the sole responsibility of the purchaser. Any shipment of the wines out of state is the responsibility of the purchaser, who is solely responsible for compliance with the laws and regulations of said state. NVV's sole responsibility for failure to tender delivery in California shall be limited to a refund of the purchase price

Bidders agree that the sale and delivery of Premiere Napa Valley wines shall not affect the rights of the producing wineries to sell their own wines to any distributor of their choosing in bidder's state, or the right of NVV to sell future Premiere Napa Valley wines to any purchaser in said state, and bidder agrees to take whatever steps are necessary to accomplish that, including but not limited to the relinquishment of any rights which purchaser may have under state law.

## MEDIA COVERAGE

Premiere Napa Valley is a widely publicized event. As a condition of and in consideration for participation in Premiere Napa Valley, participant releases NVV from any liability connected with the reproduction, adaptation, display, publication and distribution, in any and all media whether now known or yet to be developed of any videos, photographs or other images taken of the participant at the Auction. participant's name, voice, likeness, city of residence and any other information regarding her/his participation in Premiere Napa Valley

By my signature below, I agree to all of these terms and conditions

Signature _____          February 24, 2007
                                            Date

Authorized bidder  Jim Lurfy          Paddle # 44

05/21/2008    FAX    705 215 8878    Dickenson Peatman & Fogerty

# EXHIBIT "B"

Napa Valley Vintners
Post Office Box 141
St. Helena, CA 94574

Phone: 707-963-3388
Fax: 707-963-3488



**premiere** napa valley

Invoice

Jim Lutfy
Fine Wine Source
16721 Middlebelt
Livonia, MI 48154

Date    2/24/2007

| | | Phone: 734-425-8610 | Paddle No. **44** | |
|---|---|---|---|---|
| LOT | WINE | CASE | BOTTLE SIZE | BID TOTAL |
| 14 | Clark-Claudon Vineyards. 2005 Cabernet Sauvignon - | 5 | * 1.5L or 750ml | $11,000.00 |
| 55 | Beaulieu Vineyard. 2005 Cabernet Sauvignon - Clone 5197 | 5 | * 750ml | $8,000.00 |
| 109 | Renteria Wines, 2005 Cabernet Sauvignon - Mt. Veeder & Stags Leap Blend | 10 | * 1.5L or 750ml | $14,000.00 |
| 156 | Anselmo Vigne. 2005 Cabernet Sauvignon - | 5 | * 750ml | $6,000.00 |
| 178 | Schweiger Vineyards. 2005 Blend - When Pigs Fly | 5 | * 750ml | $10,000.00 |
| 180 | Spelletich Cellars. 2005 Cabernet Sauvignon - | 10 | * 1.5L or 750ml | $14,000.00 |

\* 1.5L or 750ml - Please circle your bottle size preference. If you do not
circle a preference the wine will be shipped in 750ml bottles
750ml - Wines are available in 750ml bottle sizes only

**TOTAL AMOUNT DUE: $63,000.00**

Bidder Signature:

LICENSE #

For office use only:
                    Barrel Head Shipped    Date: 2/24/07

# EXHIBIT "C"

05/21/2008  10:55 FAX  707...  DickensonPeatman&Fogarty...  017/027



**napa valley vintners**
post office box 141
st. helena, california 94574
tel 707.963.3388

# STATEMENT

| DATE |
|---|
| 05/31/2008 |
| **ACCOUNT NUMBER** |
| |

Fine Wine Source
16721 Middlebelt
Livonia, MI  48154

| Invoice # | Date | Description | Amount |
|---|---|---|---|
| 442007 | 2/25/2007 | Premiere Napa Valley - Paddle 44<br>02/07 | 63,000 00 |
| 2714045 | 6/30/2007 | PNV Finance Charge 04/01-06/30/07<br>06/07 | 2,796.15 |
| 2714694 | 8/31/2007 | PNV Finance Charge 07/01-08/30/07<br>08/07 | 1,890.00 |
| 2715062 | 9/30/2007 | PNV Finance Charge 09//07<br>09/07 | 945.00 |
| 2715415 | 10/31/2007 | PNV Finance Charge 10/07<br>10/07 | 945.00 |
| 2715793 | 11/30/2007 | PNV Finance Charge 11/07<br>11/07 | 945.00 |
| 2716558 | 12/31/2007 | PNV Finance Charge 12/07<br>12/07 | 945.00 |
| 2716559 | 1/31/2008 | PNV Finance Charge 01/08<br>01/06 | 945 00 |
| 2717757 | 2/28/2008 | PNV Finance Charge 02/08<br>02/08 | 945.00 |
| 2718094 | 3/31/2008 | PNV Finance Charge 03/08<br>03/08 | 945.00 |
| 2718641 | 4/30/2008 | PNV Finance Charge 04/08<br>04/08 | 945 00 |
| 2718642 | 5/31/2008 | PNV Finance Charge 05/08<br>05/08 | 945.00 |
| | | Balance Due | 76,191.15 |

**Did you forget us?**
Your account is seriously past due.  Please contact our Accounting Office at 707-968-4219.
Visa - Mastercard - Amex

05/06/2007 16:55 FAX   707 255 6876   Metz Warbicken &Peatman&Fogarty   ☎018/027

# EXHIBIT "D"



**DICKENSON, PEATMAN & FOGARTY**
*A Professional Law Corporation*

DAVID BALTER
dbalter@dpf-law.com

809 Coombs Street
Napa, CA 94559-2977
Tel 707 252 7122
Fax 707 253 6876

www.dpf-law.com

Charles H. Dickenson
Paul G. Carey
Richard P. Mendelson
James W. Terry
Thomas F. Carey
Matthew J. Eisenberg
Kevin W. Teague
Michael J. Holman
David A. Diamond
J. Scott Gerien
Richard C. Rybicki
Brandon R. Blevans
Kevin D. DeBorde
David Balter
W. Scott Thomas
Gregory J. Walsh
J. Robert Anglin, Jr.
Megan Ferrigan Healy
Julia M. Walk
John N. Heffner
Patrick B. Sutton
Deirdre I. Hourdet
Susan L. Schwegman

**Of Counsel**
Francis J. Collin, Jr.
C. Richard Lemon
David W. Meyers
Cathy A. Roche

**Retired**
Howard G. Dickenson
Joseph G. Peatman
Walter J. Fogarty, Jr.
(1939-2007)

March 12, 2008

VIA FACSIMILE AND US MAIL 734.425.1087

Jim Lufty
FINE WINE SOURCE, INC.
16721 Middlebelt Road
Livonia, Michigan 48154

Re:    Napa Valley Vintners dba Premiere Napa Valley

Dear Mr. Lufty:

This firm represents the Napa Valley Vintners dba Premiere Napa Valley. Please do not communicate directly with our client. Instead, direct all future communications regarding this matter to me.

Enclosed please find copies of your written bidder agreement with our client for their Premiere Napa Valley 2007 event and the most recent billing statement for your winning bid at the February 2007 Premiere Napa Valley wine auction. For whatever reason, you have failed to comply with the terms and conditions of written bidder agreement, and my client informs me that their previous attempts at resolving this matter informally with you have been unsuccessful.

Accordingly, please accept this correspondence as written demand for immediate payment in full in accordance with the terms and conditions of your written bidder agreement. If I don't receive payment in full by the close of business on March 31, 2008, I have been instructed to immediately file legal action to collect the monies owed to my client, including all attorney's fees and costs incurred therein. My client and I sincerely hope that this will not be necessary.

Please contact me at your earliest convenience to discuss resolution of this matter.

Very truly yours,

DICKENSON, PEATMAN & FOGARTY

David Balter

NAPA & SANTA ROSA

Jim Lufty
March 12, 2008
Page 2


DXB:db

Enclosures

cc:     Client (via e-mail - w/o enclosures)

707 255 68... Ransonf Eastman&Fogarty ... 021/027

 **napa valley vintners**
post office box 141
st. helena, california 94574
tel 707 963.3388

# S T A T E M E N T

| DATE |
|---|
| 02/26/2008 |
| **ACCOUNT NUMBER** |
|  |

Fine Wine Source
16721 Middlebelt
Livonia, MI 48154

| Invoice # | Date | Description | Amount |
|---|---|---|---|
| 44200⁷ | 2/27/2007 | Premiere Napa Valley - Paddle 44 <br> 0207 | 63,000.00 |
| 2714045 | 6/30/2007 | PNV Finance Charge 04/01-06/30/07 <br> 0607 | 2,796.15 |
| 2714604 | 8/31/2007 | PNV Finance Charge 07/01-08/30/07 <br> 0207 | 1,500.00 |
| 2715062 | 9/30/2007 | PNV Finance Charge 09/07 <br> 0907 | 945.00 |
| 2715445 | 10/31/2007 | PNV Finance Charge 10/07 <br> 1007 | 945.00 |
| 2715793 | 11/30/2007 | PNV Finance Charge 11/07 <br> 1107 | 945.00 |
| 2716558 | 12/31/2007 | PNV Finance Charge 12/07 <br> 1207 | 945.00 |
| 2716559 | 1/31/2008 | PNV Finance Charge 01/08 <br> 0108 | 945.00 |
| 2717757 | 2/28/2008 | PNV Finance Charge 02/08 <br> 0208 | 945.00 |
| | | **Balance Due** | 73,356.15 |

*Did you forget us?*
*Your account is seriously past due.* Please contact our Accounting Office at 707-968-4219.
Visa - Mastercard - Amex

# PREMIERE NAPA VALLEY 2007

Company name  Fine Wine Source
Address  16721 Middlebell, Livonia, MI 48154
Phone  734-425-8610          Fax  734-425-1087

## TERMS AND CONDITIONS OF SALE

1  Only licensed members of the trade and their guests, each of whom must be registered in advance, will be allowed admission to the Auction  All bidders must be licensed members of the wine trade who have registered as a bidder and received a numbered paddle

2  The Auctioneer is the agent for the Napa Valley Vintners (NVV)

3  These Terms and Conditions of Sale as amended by addendum or by oral announcements during the sale  constitute the entire terms and conditions with respect to the sale and purchase of wines listed herein  By bidding  the bidder agrees to be bound by these Terms and Conditions of Sale  NVV reserves the right to amend the Terms and Conditions of Sale at any time.

4  All statements of any nature, whether written or oral, by NVV or producing winery about any aspect of the auctioned wines are merely statements of opinion by the NVV or producing winery and do not in any way constitute a warranty or representation, either express or implied  concerning the quality of the wine or any other aspect of the wine.  Such statements are not to be relied upon by prospective purchasers as warranties or representations of fact  and prospective bidders, by so bidding, acknowledge that they have inspected the wines to their satisfaction and bid only on the basis of their own inspection evaluation and opinion of the wine being sold. All wine is sold "AS IS" and with out any warranty whatsoever, whether express or implied  including  but not limited to  warranties of merchantability or fitness for a particular or intended purpose by the purchaser.

5  Wines offered in this Auction do not  include the barrel and will be bottled in specially labeled bottles  Each lot description includes a statement as to whether the wine is available in 750ml only or If the bidder has the option of having the wine bottled entirely in 750ml or entirely in 1.5L formats  if the bidder wishes to have the wine bottled in 1.5L format, he or she must check the "Please bottle In 1.5L" checkbox on the invoice at the finance table after the Live Auction on February 26. Otherwise, the lot will be bottled in 750ml bottles.  The barrel lots  consisting of a full barrel (20 cases) half-barrel (10 cases) or quarter-barrel (5 cases) per lot, will be sold as described in the catalogue  The highest bidder of record for each lot when the bidding is closed will be recorded as the purchaser of the lot. The producing winery retains sole discretion as to when the wine will be bottled and NVV retains sole discretion to release the wine for delivery to the purchaser  The purchaser has the right to take possession of the wine only when the producing winery has notified the purchaser that bottling and labeling has occurred and only after purchaser has paid in full  Purchaser has no right to inspect the wine pending such notification. All successful bid prices will be considered to be FOB Napa Valley, California  The right to take possession shall not be assigned or otherwise transferred without first obtaining the written permission of NVV

6  All wines sold herein are subject to the provisions of the California Alcoholic Beverage Control Act and Federal Alcohol Administration Act, and are offered and sold subject to the provisions of those laws  Any offer or sale shall be governed by and interpreted under the laws of the State of California

7  Bids will be made on the purchase price for the total lot.

8  The starting bid for each lot has been established at $500 per lot

9  NVV and the Auctioneer shall have the right to reject any bid, at any time prior to the fall of the hammer. Bids will be accepted only from registered bidders  This includes commission and telephone bids. Should a dispute arise between bidders  or should the Auctioneer doubt the validity of any bid  the Auctioneer shall have the sole and absolute right to resolve the dispute, re-offer, re-sell or withdraw the lot in question

10  No bid shall be valid unless acknowledged by the Auctioneer  At the fall of the hammer  the highest acknowledged bidder shall be deemed to have purchased the lot and thereupon assumes full risk and responsibility thereof  Purchaser shall pay the full purchase price no later than March 31  2007  and in the absence of payment, NVV shall have the absolute right to withhold release and delivery of the wine to purchaser until purchaser has paid in full  In the event purchaser has paid in full  purchaser's sole remedy for non-delivery of the wine shall be limited to obtaining a refund of the purchase price

11  Bidding in person at the Auction will be by numbered paddle issued to registered bidders only  To register, please contact the NVV at (707) 963-3388 or visit our Web site at www.napavintners.com

12  No representative or employee of NVV shall have the right to waive or modify any of the terms/conditions set forth herein  except that the NVV's authorized representative may do so by general announcement at the Auction

## PAYMENT AND COLLECTION

Payment for all purchases must be made in United States Dollars by check  MasterCard  Visa or American Express upon receipt of invoice  California sales tax will be added unless the bidder presents a valid California resale permit to NVV or states his or her intention to arrange for interstate shipment of the wines  if for any reason out-of-state shipments cannot be arranged to the satisfaction of NVV and the producing winery, California sales tax will be assessed prior to delivery in California  Payments will be accepted the day of the sale  Invoices not paid in full by March 31  2007, will accrue a finance charge of 1.5%, per month (18% per annum) on any unpaid balances until paid in full. Purchaser agrees to pay all reasonable attorney's fees and costs of collection associated with the collection of past due amounts  No lot will be released without proof of payment in full.

## DELIVERY

All lots are sold FOB Napa Valley California, by the NVV  Wines will be bottled in specially labeled  bottles—please see the lot descriptions to see which wines are available only in 750ml. or if the bidder has the option of having the wine bottled in all 1.5L or all 750ml  The wines will be delivered to purchaser or purchaser's designated agent in California  Purchaser agrees to take delivery of the wines within sixty (60) days of notification, provided payment for the lot has been received in full by the NVV as required by these terms and conditions  Shipping expenses and insurance are the sole responsibility of the purchaser  Any shipment of the wines out of state is the responsibility of the purchaser  who is solely responsible for compliance with the laws and regulations of said state  NVV's sole responsibility for failure to tender delivery in California shall be limited to a refund of the purchase price.

Bidders  agree that the sales and delivery of Premiere Napa Valley wines shall not affect the rights of the producing wineries to sell their own wines to any distributor of their choosing in bidder's state, or the right of NVV to sell future Premiere Napa Valley wines to any purchaser in said state, and bidder agrees to take whatever steps are necessary to accomplish that, including but not limited to the relinquishment of any rights which purchaser may have under state law

## MEDIA COVERAGE

Premiere Napa Valley is a widely publicized event  As a condition of and in consideration for participation in Premiere Napa Valley  participant releases NVV from any liability connected with the reproduction, adaptation  display, publication  and distribution, in any and all media whether now known or yet to be developed of any videos  photographs or other images taken of the participant at the Auction  participant's name  voice likeness  city of residence  and any other information regarding her/his participation in Premiere Napa Valley

By my signature below, I agree to all of these terms and conditions

_____          February 24, 2007 __ . _____
Signature                                                  Date

Authorized bidder:  Jim Lutfy          Paddle #  44

2/21/2008 10:55 FAX    707-                 DickensonPeatie                    ☑023/02

Napa Valley Vintners
Post Office Box 141
St. Helena, CA 94574

Phone: 707-963-3388
Fax: 707-963-3488



**premiere** napa valley

Invoice

Jim Lutfy
Fine Wine Source
16721 Middlebelt
Livonia, MI 48154

Date   2/24/2007

Phone. 734-425-8610          Paddle No. 44

| LOT | WINE | CASE | BOTTLE SIZE | BID TOTAL |
|-----|------|------|-------------|-----------|
| 14 | Clark-Claudon Vineyards. 2005 Cabernet Sauvignon - | 5 | * 1 5L or 750ml | $11,000 00 |
| 55 | Beaulieu Vineyard  2005 Cabernet Sauvignon - Clone 5197 | 5 | * 750ml | $8 000 00 |
| 109 | Renteria Wines, 2005 Cabernet Sauvignon - Mt. Veeder & Stags Leap Blend | 10 | * 1 5L or 750ml | $14,000 00 |
| 156 | Anselmo Vigne. 2005 Cabernet Sauvignon - | 5 | * 750ml | $6 000 00 |
| 178 | Schweiger Vineyards. 2005 Blend - When Pigs Fly | 5 | * 750ml | $10 000 00 |
| 180 | Spelletich Cellars, 2005 Cabernet Sauvignon - | 10 | * 1 5L or 750ml | $14 000 00 |

* 1.5L or 750ml - Please circle your bottle size preference. If you do not
circle a preference the wine will be shipped in 750ml bottles
750ml - Wines are available in 750ml bottle sizes only.

TOTAL AMOUNT DUE: $63,000.00

Bidder Signature:

LICENSE #

For office use only:
                    Barrel Head Shipped    Date. 2/24/07



napa valley vintners
post office box 141
st. helena, california 94574
tel 707.963.3388

# STATEMENT

| DATE |
| --- |
| 05/31/2008 |
| **ACCOUNT NUMBER** |
| |

Fine Wine Source
16721 Middlebelt
Livonia, MI 48154

| Invoice # | Date | Description | Amount |
| --- | --- | --- | --- |
| 442007 | 2/25/2007 | Premiere Napa Valley - Paddle 44<br>02/07 | 63,000.00 |
| 2714045 | 6/30/2007 | PNV Finance Charge 04/01-06/30/07<br>06/07 | 2,796.15 |
| 2714694 | 8/31/2007 | PNV Finance Charge 07/01-08/30/07<br>08/07 | 1,890.00 |
| 2715062 | 9/30/2007 | PNV Finance Charge 09//07<br>09/07 | 945.00 |
| 2715415 | 10/31/2007 | PNV Finance Charge 10/07<br>10/07 | 945.00 |
| 2715793 | 11/30/2007 | PNV Finance Charge 11/07<br>11/07 | 945.00 |
| 2716558 | 12/31/2007 | PNV Finance Charge 12/07<br>12/07 | 945.00 |
| 2716559 | 1/31/2008 | PNV Finance Charge 01/08<br>01/08 | 945.00 |
| 2717757 | 2/28/2008 | PNV Finance Charge 02/08<br>02/08 | 945.00 |
| 2718094 | 3/31/2008 | PNV Finance Charge 03/08<br>03/08 | 945.00 |
| 2718641 | 4/30/2008 | PNV Finance Charge 04/08<br>04/08 | 945.00 |
| 2718642 | 5/31/2008 | PNV Finance Charge 05/08<br>05/08 | 945.00 |
| | | Balance Due | 76,191.15 |

Did you forget us?
Your account is seriously past due.  Please contact our Accounting Office at 707-968-4219.
Visa - Mastercard - Amex

Napa Valley Vintners
Post Office Box 141
St. Helena, CA 94574

Phone: 707-963-3388
Fax: 707-963-3488



**premiere** napa valley

Invoice

Jim Lutfy
Fine Wine Source
16721 Middlebelt
Livonia, MI 48154

Date    2/24/2007

| | | Phone. 734-425-8610 | Paddle No. 44 | |
|---|---|---|---|---|
| LOT | WINE | CASE | BOTTLE SIZE | BID TOTAL |
| 14 | Clark-Claudon Vineyards. 2005 Cabernet Sauvignon - | 5 | * 1 5L or 750ml | $11,000 00 |
| 55 | Beaulieu Vineyard. 2005 Cabernet Sauvignon - Clone 5197 | 5 | * 750ml | $8 000 00 |
| 109 | Renteria Wines, 2005 Cabernet Sauvignon - Mt. Veeder & Stags Leap Blend | 10 | * 1 5L or 750ml | $14 000 00 |
| 155 | Anselmo Vigne. 2005 Cabernet Sauvignon - | 5 | * 750ml | $6.000 00 |
| 178 | Schweiger Vineyards. 2005 Blend - When Pigs Fly | 5 | * 750ml | $10 000 00 |
| 180 | Spelletich Cellars. 2005 Cabernet Sauvignon - | 10 | * 1.5L or 750ml | $14 000 00 |

* 1.5L or 750ml - Please circle your bottle size preference. If you do not
circle a preference the wine will be shipped in 750ml bottles
750ml - Wines are available in 750ml bottle sizes only

**TOTAL AMOUNT DUE: $63,000.00**

Bidder Signature:

LICENSE #

For office use only:

Barrel Head Shipped    Date



napa valley vintners
post office box 141
st. helena, california 94574
tel 707.963.3388

# STATEMENT

| DATE |
| :---: |
| 05/31/2008 |
| **ACCOUNT NUMBER** |
|  |

Fine Wine Source
16721 Middlebelt
Livonia, MI 48154

| Invoice # | Date | Description | Amount |
| :---: | :---: | :--- | ---: |
| 442007 | 2/25/2007 | Premiere Napa Valley - Paddle 44<br>02/07 | 63,000 00 |
| 2714045 | 6/30/2007 | PNV Finance Charge 04/01-06/30/07<br>06/07 | 2,796.15 |
| 2714694 | 8/31/2007 | PNV Finance Charge 07/01-08/30/07<br>08/07 | 1,890.00 |
| 2715062 | 9/30/2007 | PNV Finance Charge 09//07<br>09/07 | 945.00 |
| 2715415 | 10/31/2007 | PNV Finance Charge 10/07<br>10/07 | 945.00 |
| 2715793 | 11/30/2007 | PNV Finance Charge 11/07<br>11/07 | 945.00 |
| 2716558 | 12/31/2007 | PNV Finance Charge 12/07<br>12/07 | 945 00 |
| 2716559 | 1/31/2008 | PNV Finance Charge 01/08<br>01/08 | 945.00 |
| 2717757 | 2/28/2008 | PNV Finance Charge 02/08<br>02/08 | 945.00 |
| 2718094 | 3/31/2008 | PNV Finance Charge 03/08<br>03/08 | 945.00 |
| 2718641 | 4/30/2008 | PNV Finance Charge 04/08<br>04/08 | 945 00 |
| 2718642 | 5/31/2008 | PNV Finance Charge 05/08<br>05/08 | 945.00 |
|  |  | Balance Due | 76,191.15 |

**Did you forget us?**
Your account is seriously past due. Please contact our Accounting Office at 707-968-4219
**Visa - Mastercard - Amex**

1   David Balter, State Bar No. 212027
    John N. Heffner, State Bar No. 221557
2   jheffner@dpf-law.com
    DICKENSON, PEATMAN & FOGARTY
3   A Professional Corporation
    809 Coombs Street
4   Napa, California 94559
    Telephone: (707) 252-7122
5   Facsimile: (707) 255-6876

6   Attorneys for Plaintiff
    NAPA VALLEY VITNERS ASSOCIATION

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  NAPA VALLEY VINTNERS                    CASE NO.
    ASSOCIATION, a California corporation,
12                                          **CERTIFICATE OF INTERESTED**
              Plaintiff,                    **ENTITIES OR PERSONS**
13
         vs.                                **[CIVIL L.R. 3-16]**
14
    JIM LUFTY, an individual, and DOES 1-
15  10,

16            Defendant.

17

18

19        Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

20  named parties, there is no such interest to report.

21

22        Dated: May 20, 2008.

23                          DICKENSON, PEATMAN & FOGARTY

24

25

26                  By _____ /s/ John N. Heffner _____
                        John N. Heffner, Attorneys for Plaintiff
27

28

    CERTIFICATE OF INTERESTED ENTITIES OR
    PERSONS