David Balter, State Bar No. 212027
John N. Heffner, State Bar No. 221557
jheffner@dpf-law.com
DICKENSON, PEATMAN & FOGARTY
A Professional Corporation
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Plaintiff
NAPA VALLEY VITNERS ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NAPA VALLEY VINTNERS ASSOCIATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JIM LUFTY, an individual, and DOES 1-10,<br><br>Defendant. | CASE NO.<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>[CIVIL L.R. 3-16] |
|---|---|

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 20, 2008.

DICKENSON, PEATMAN & FOGARTY

By   */s/ John N. Heffner*
John N. Heffner, Attorneys for Plaintiff

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS