POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Attorney's Diversified Services<br>741 N. Fulton St.<br>Fresno, CA 93728<br>TELEPHONE NO.: (800) 842-2695   FAX NO. (Optional): (559) 486-4119<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |

UNITED STATES DISTRICT COURT COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF: NAPA VALLEY VINTNERS ASSOCIATION
DEFENDANT: JIM LUFTY

CASE NUMBER: CV-08-2576

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   f. [X] other (specifiy documents):
   SUMMONS IN A CIVIL CASE;COMPLAINT FOR DAMAGES;JURY DEMAND;ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; US DISTRICT COURT NORHTERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT.

3. a. Party served *(specify name of party as shown on documents served)*:
      JIM LUFTY
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party names in item 3a)*

4. Address where the party was served:

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 6-12-2008 (2) at *(time):* 5:45pm
   b. [ ] **by substituted service.** On *(date):*       at *(time):*       I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where copies were left (Code Civ. Proc., 415.20). I mailed the documents on
      *(date):*       from *(city):*       **or** [ ] a declaration of mailing is attached.
      (5) [ ] I attached a **declaration of dilligence** stating actions taken first to attempt personal service.

Page 1 of 2

Judicial Council of California
POS-010 [Rev. January 1, 2007]
Form adopted by rule 982.9

**PROOF OF SERVICE OF SUMMONS**

Job Number 2008003456

| PLAINTIFF: NAPA VALLEY VINTNERS ASSOCIATION | CASE NUMBER: |
|---|---|
| DEFENDANT: JIM LUFTY | CV-08-2576 |

    c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

        (1) on *(date)*:                  (2) from *(city)*:

        (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. (*Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., 415.30.)

        (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., 415.40.)

    d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    a. ☒ as an individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify)*:
    c. ☐ as occupant.
    d. ☐ On behalf of *(specify)*:
        under the following Code of Civil Procedure section:

        ☐ 416.10 (corporation)        ☐ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association)        ☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership)        ☐ 416.90 (authorized person)
        ☐ 416.50 (public entity)        ☐ 415.46 (occupant)
                                                        ☐ other:

7. **Person who served papers**
    a. Name: THOMAS GLENFIELD
    b. Address: 4656 Desert Bridge Ct Highland, MI 48356
    c. Telephone number: 248-889-9780
    d. **The fee** for the service was: $
    e. I am:
        (1) ☒ not a registered California process server.
        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☐ a registered California process server:
            (i) ☐ owner ☐ employee ☐ independent contractor.
            (ii) Registration No.:
            (iii) Country:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:

THOMAS GLENFIELD                                                  ▶ *Thomas Glenfield*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)              (SIGNATURE)

Judicial Council of California
POS-010 [Rev. January 1, 2007]
Form adopted by rule 982.9

**PROOF OF SERVICE OF SUMMONS**

Job Number 2008003456