1  David Balter, State Bar No. 212027
   John N. Heffner, State Bar No. 221557
2  jheffner@dpf-law.com
   DICKENSON, PEATMAN & FOGARTY
3  A Professional Corporation
   809 Coombs Street
4  Napa, California 94559
   Telephone: (707) 252-7122
5  Facsimile: (707) 255-6876

6  Attorneys for Plaintiff
   NAPA VALLEY VINTNERS ASSOCIATION

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | NAPA VALLEY VINTNERS ASSOCIATION, a California corporation, | CASE NO. C08-02576 EDL |
|----|----|----|
| 12 | | **NOTICE OF SETTLEMENT** |
| 13 | Plaintiff, | |
| 14 | vs. | |
| 15 | JIM LUFTY, an individual, FINE WINE SOURCE, INCORPORATED, a Michigan corporation and DOES 1-100, inclusive, | |
| 16 | | |
| 17 | Defendant. | |

18

19       TO THIS HONORABLE COURT:

20       PLEASE TAKE NOTICE that Plaintiff Napa Valley Vintners Association ("Plaintiff")

21  has reached a settlement with Defendants Jim Lufty and Fine Wine Source, Incorporated

22  (collectively, the "Defendants").  Provided that Defendants comply with the terms of the

23  settlement agreement, Plaintiff will file a stipulation for dismissal of this matter on or before

24  **September 18, 2008**.  If Defendants do not comply with the terms of the settlement agreement,

25  Plaintiff will file a Stipulation for Entry of Judgment on or before September 18, 2008.

26  Consequently, Plaintiff requests that this Court not dismiss this matter until after September 18,

27  2008.

28       PLEASE TAKE FURTHER NOTICE that, in light of this settlement, Plaintiff requests

NOTICE OF SETTLEMENT

1  that this Court continue the status conference currently scheduled for August 26, 2008 to
2  sometime after September 18, 2008.

4        Dated: July 30, 2008.

5                                             DICKENSON, PEATMAN & FOGARTY

8                                  By   */s/ John N. Heffner*
                                    John N. Heffner, Attorneys for Plaintiff