1  David Balter, State Bar No. 212027
   John N. Heffner, State Bar No. 221557
2  jheffner@dpf-law.com
   DICKENSON, PEATMAN & FOGARTY
3  A Professional Corporation
   809 Coombs Street
4  Napa, California 94559
   Telephone: (707) 252-7122
5  Facsimile: (707) 255-6876

6  Attorneys for Plaintiff
   NAPA VALLEY VINTNERS ASSOCIATION
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | NAPA VALLEY VINTNERS ASSOCIATION, a California corporation, | CASE NO. C08-02576 EDL
12 | | **CERTIFICATE OF SERVICE**
13 | Plaintiff, |
14 | vs. |
15 | JIM LUFTY, an individual, FINE WINE SOURCE, INCORPORATED, a Michigan corporation and DOES 1-100, inclusive, |
16 | |
17 | Defendant. |

18

19     I am over the age of 18 years, residing and employed in the County of Napa, and

20 not a party to the within action; my business address is 809 Coombs Street, Napa,

21 California 94559. I am readily familiar with my business' practice for collection and

22 processing of correspondence for mailing with the United States Postal Service in the

23 ordinary course of business.

24     On July 30, 2008, I served **NOTICE OF SETTLEMENT** on the parties in said

25 action by placing a true copy thereof in a sealed envelope, with postage fully prepaid,

26 in my business mail with the United States Mail at Napa, California addressed to:

27

28

CERTIFICATE OF SERVICE

Jim Lufty
c/o A. Stuart Tompkins
16721 Middlebelt Rd.
Livonia, MI 48154

Fine Wine Source, Incorporated
c/o A. Stuart Tompkins
16721 Middlebelt Rd.
Livonia, MI 48154

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 30, 2008, at Napa, California.

By */s/ Christine Jensen Linder*
Christine Jensen Linder