07/02/2008 WED 8:10 FAX                                                      002/002

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| DICKENSON, PEATMAN & FOGARTY<br>ATTORNEY AT LAW<br>JOHN N. HEFFNER - SBN # 221557<br>809 COOMBS STREET<br>NAPA, CA 94559 | (707) 252-7122 | |

REFERENCE NUMBER: 0C272239-01

ATTORNEY FOR (NAME)   NAPA VALLEY VINTNERS ASSN

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, EASTERN DISTRICT
2500 TULARE STREET
FRESNO, CA 93721

SHORT NAME OF CASE
NAPA VALLEY VINTNERS ASSN. vs. JIM LUFTY, ET AL

| PROOF OF SERVICE | HEARING DATE: | HEARING TIME: | DEPT/DIV: | CASE NUMBER:<br>CV082576EDL |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

## I served the:

SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES; JURY DEMAND; ORDER
SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; U.S.
DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT


**Name:**   FINE WINE SOURCE, INCORPORATED, A MICHIGAN CORPORATION

**Person Served:**   A. STUART TOMPKINS
**Title:**   AGENT FOR SERVICE OF PROCESS


**Date of Delivery:**   07/01/08
**Time of Delivery:**

**Place of Service:**   16721 MIDDLEBELT ROAD
LIVONIA,, MI 48154                        (Business)


**Manner of Service:**   Personal Service - By Personally Delivering Copies.

**In Compliance With:**   [X]  Federal Rules of Civil Procedure

[ ]   California Code of Civil Procedure


---

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

[X]  Registered: . . . . . . . . . . . . . . . . . . . County,
Number: . . . . . . . . . . . . . . . . . . . . .

**Attorney's Diversified Services**
1424 21st Street
Sacramento, CA 95814     *Client file # NAPA VALLEY V LUFTY ET AL*
(916) 441-4396
30B/0C272239-01               PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct
and that this declaration was executed
on: . . . . . . . . . July 1, 2008 . . . . . . ,
at: . . . . . . . . HIGHLAND, MI . . . . , California.

Signature: _Lynn Trojan_
Name: LYNN TROJAN
Title: REGISTERED PROCESS SERVER