David Balter, State Bar No. 212027
John N. Heffner, State Bar No. 221557
jheffner@dpf-law.com
DICKENSON, PEATMAN & FOGARTY
A Professional Corporation
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Plaintiff
NAPA VALLEY VINTNERS ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPA VALLEY VINTNERS ASSOCIATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JIM LUFTY, an individual, FINE WINE SOURCE, INCORPORATED, a Michigan corporation and DOES 1-100, inclusive,<br><br>Defendant. | CASE NO. C08-02576 EDL<br><br>**PLAINTIFF NAPA VALLEY VINTNERS ASSOCIATION'S CASE MANAGEMENT STATEMENT**<br><br>Date:   August 26, 2008<br>Time:   10:00 am<br>Place:  Courtroom E, 15th Floor<br>        San Francisco |

Plaintiff Napa Valley Vintners Association ("Plaintiff") submits this Case Management Statement. As stated in Plaintiff's July 30, 2008 Notice of Settlement, this case has settled. Defendants Jim Lufty and Fine Wine Source, Incorporated (collectively, the "Defendants") have made one settlement payment and Plaintiff expects Defendants to make the second and final settlement payment prior to September 18, 2008. The parties will stipulate to a dismissal with prejudice on or before September 18, 2008. If Defendants do not make the final payment, Plaintiff will file a stipulation for entry of judgment against Defendants.

1. <u>Jurisdiction and Service</u>: Jurisdiction is founded on diversity jurisdiction. Defendants are both residents of Michigan, and Plaintiff is a resident of California. The amount in controversy exceeds $75,000. All Defendants have been served.

2. <u>Facts</u>: On February 24, 2007, Defendants agreed to purchase wine from Plaintiff at Plaintiff's annual mid-Winter barrel auction in Napa County, California. Defendants, however, failed to pay for the wine. Consequently, Plaintiff brought this action to collect more than $75,000 for Defendants' wine purchase.

3. <u>Legal Issues</u>: Because this case has settled, Plaintiff expects no disputed legal issues.

4. <u>Motions</u>: Because this case has settled, Plaintiff expects no motions.

5. <u>Amendment of Pleadings</u>: Because this case has settled, Plaintiff does not expect any amended pleadings.

6. <u>Evidence Preservation</u>: Because this case has settled, this is not a concern.

7. <u>Disclosures</u>: Plaintiff expects to dismiss this case on or before September 18, 2008. Consequently, Plaintiff does not expect that the parties will make initial disclosures.

8. <u>Discovery</u>: Because this case has settled, Plaintiff does not expect discovery in this matter.

9. <u>Class Actions</u>: Not applicable.

10. <u>Related Cases</u>: Not applicable.

11. <u>Relief</u>: This case has already settled.

12. <u>Settlement and ADR</u>: This case has already settled.

13. <u>Consent to Magistrate Judge</u>: Plaintiff consents to a magistrate judge.

14. <u>Other References</u>: Not applicable.

15. <u>Narrowing of Issues</u>: Not applicable.

16. <u>Expedited Schedule:</u>

17. <u>Scheduling</u>: Plaintiff requests that this Court continue the Case Management Conference set for August 26, 2008 for a date after September 18, 2008.

18. <u>Trial</u>: Trial will not be necessary. This case has settled. If Defendants do not make the final settlement payment, Plaintiff will file a stipulation for entry of judgment against Defendants.

19. <u>Disclosure of Non-party Interested Entities or Persons</u>: Plaintiff has complied with

1 | Civil Local Rule 3-16.  There are no third-party interested entities or persons.

3 | Dated: August 19, 2008.

DICKENSON, PEATMAN & FOGARTY

By  /s/ John N. Heffner
    John N. Heffner, Attorneys for Plaintiff

NOTICE OF SETTLEMENT                              3

# CERTIFICATE OF SERVICE

I am over the age of 18 years, residing and employed in the County of Napa, and not a party to the within action; my business address is 809 Coombs Street, Napa, California 94559. I am readily familiar with my business' practice for collection and processing of correspondence for mailing with the United States Postal Service in the ordinary course of business.

On August 19, 2008, I served **PLAINTIFF NAPA VALLEY VINTNERS ASSOCIATION'S CASE MANAGEMENT STATEMENT** on the parties in said action by placing a true copy thereof via facsimile and in a sealed envelope, with postage fully prepaid, in my business mail with the United States Mail at Napa, California addressed to:

> Khalid H. Najar
> Parks & Najar PLC
> P.O. Box 881
> Troy, MI 48099

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 19, 2008, at Napa, California.

By /s/ Christine Jensen Linder
Christine Jensen Linder