**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NAPA VALLEY VINTERS,

    Plaintiffs,

v.

JIM LUFTY, et al.,

    Defendants.
_____/

No. C 08-02576 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference scheduled for August 26, 2008 has been continued to September 30, 2008 at 3:00 p.m. before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. The parties shall provide a status to the Court no later than September 23, 2008.

Dated: August 21, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____Lili M. Harrell_____
    Lili M. Harrell
    Courtroom Deputy